# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANA OCEGUEDA,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:17-cv-00267-APG-GWF

**ORDER**

Petitioner having filed an unopposed motion to extend time (first request) (ECF No. 11), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion to extend time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have through February 12, 2018, to file an amended petition.

DATED: November 28, 2017.

ANDREW P. GORDON
United States District Judge