# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA OCEGUEDA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN NEVEN, et al.,<br><br>Respondents. | Case No. 2:17-cv-00267-APG-GWF<br><br>**ORDER** |

I have reviewed the petitioner's first amended petition (ECF No. 13) under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. I will direct the respondents to file a response.

IT IS THEREFORE ORDERED that the respondents will have until August 3, 2018 to answer or otherwise respond to the first amended petition (ECF No. 13). The respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained.

IT IS FURTHER ORDERED that if the respondents file an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then the petitioner will have 45 days from the date on which the answer is served to file a reply.

/ / / /

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that if the respondents file a motion, then petitioner will have 14 days from the date of service of the motion to file a response to the motion.  The Respondents then will have seven days from the date of service of the response to file a reply.

DATED this 19th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE