# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA OCEGUEDA,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN NEVEN, et al.,<br><br>          Respondents. | Case No. 2:17-cv-00267-APG-GWF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 18) is **GRANTED**. Respondents will have through October 8, 2018, to file and serve an answer or other response to the first amended petition (ECF No. 13).

DATED: September 18, 2018.

                                                     ANDREW P. GORDON
                                                     United States District Judge