Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

*Attorney for Petitioner Ana Ocegueda

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ana Ocegueda,<br><br>    Petitioner,<br><br>    v.<br><br>Warden Neven, *et al.*,<br><br>    Respondents. | Case No. 2:17-cv-00267-APG-GWF<br><br>**Unopposed Motion to Extend**<br><br>**(First Request)** |

## Points and Authorities

Petitioner Ana Ocegueda respectfully asks this Court to enter an Order extending her deadline for filing an opposition to Warden Neven's motion to dismiss by 30 days until November 19, 2018.

On October 5, 2018, Neven filed a motion to dismiss Ocegueda's petition as untimely. ECF No. 20. In line with this Court's June 19, 2018 scheduling order, Ocegueda's response is due two weeks later, on October 19, 2018. ECF No. 15.

Undersigned counsel will be out of the office October 11-12, 2018 to visit a client at Lovelock Correctional Institution, from October 13- 20 for a long-scheduled family vacation, and from October 26-28 for a wedding.

Counsel has already ordered the records necessary to respond to Neven's motion, but will not be able to complete the response by October 11 when she leaves town. The requested extension is necessary to give counsel sufficient time to file Ocegueda's Opposition and is not made for the purposes of delay.

By telephone call on October 11, 2018, Neven's attorney, Assistant Solicitor General Jeffrey M. Conner said that he does not object to this request.

Dated October 11, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: ___October 12, 2018___

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 11, 2018, I electronically filed the foregoing |
| 3 | with the Clerk of the Court for the United States District Court, District of Nevada |
| 4 | by using the CM/ECF system. |
| 5 | Participants in the case who are registered CM/ECF users will be served by |
| 6 | the CM/ECF system and include: Jeffrey M. Conner |
| 7 | I further certify that some of the participants in the case are not registered |
| 8 | CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or |
| 9 | have dispatched it to a third party commercial carrier for delivery within three |
| 10 | calendar days, to the following non-CM/ECF participants: |

Ana Ocegueda, #1102883
Florence McClure Women's Correctional Center
4370 Smiley Road
North Las Vegas, NV 89115

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender