|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

| | |
|---|---|
| ANA OCEGUEDA, | Case No. 2:17-cv-00267-APG-GWF |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NEVEN, et al., | |
| Respondents. | |

Petitioner Ana Ocegueda moves to stay this action because she is seeking relief from the judgment in an earlier action, *Ocegueda v. Gentry*, Case No. 2:15-cv-01884-JCM-GWF. ECF No. 25. If she obtains relief in that action, then this action becomes redundant. If she does not obtain relief in that action, she can move to reopen this action. Staying this case makes sense.

IT IS THEREFORE ORDERED that petitioner's motion to stay **(ECF No. 25) is GRANTED**.

IT IS FURTHER ORDERED that this action is **STAYED** pending resolution of the motion for relief from the judgment in *Ocegueda v. Gentry*, Case No. 2:15-cv-01884-JCM-GWF. Ocegueda must file a motion to reopen this case within 45 days of resolution of the motion in *Ocegueda v. Gentry*, Case No. 2:15-cv-01884-JCM-GWF. Further, Ocegueda or the respondents otherwise may move to reopen this case and seek any relief appropriate under the circumstances.

IT IS FURTHER ORDERED that the clerk of court shall administratively close this action until the court grants a motion to reopen the case.

DATED: January 11, 2019.

_____
ANDREW P. GORDON
United States District Judge

1